ALBERT HIGGINS, JR., et al., appellants,

*v.*

RICHARD LINSTRA et al., executors, &c., respondents.

[Decided October 14th, 1929.]

*Messrs. J. W. & E. A. De Yoe,* for the appellants.

*Messrs. Feder & Rinzler,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *104 N. J. Eq. 355.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, CAMPBELL, LLOYD, CASE, BODINE, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 15.

*For reversal*—None.